IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALBERT JEFFERSON,
    Plaintiff,

vs.                                          Case No. 3:06cv148/MCR/EMT

DEPARTMENT OF CORRECTIONS,
    Defendant.
_____/

## ORDER

This cause is before the court on Plaintiff's "Financial Certificate" (Doc. 16), which will be construed as a motion to reconsider the court's order dated May 23, 2006 (Doc.5). In that order, the court granted Plaintiff leave to proceed in forma pauperis and assessed an initial partial filing fee in the amount of $51.95 (*id.*). Plaintiff now requests that the court vacate its order requiring him to pay the initial partial filing fee (*see* Doc. 16). The court based its determination on the fact that the average monthly balance in Plaintiff's inmate account for the previous six months was $259.75 (*see* Doc. 4 at 4).

Plaintiff has failed to show that the order issued May 23, 2006 was clearly erroneous or contrary to law, therefore, the motion for reconsideration shall be denied. Plaintiff is advised that he may obtain review of an order of this court on any pretrial matter by filing a motion for reconsideration with the district court, pursuant to 28 U.S.C. § 636(b)(1)(A), in which he must show that this court's order was clearly erroneous or contrary to law.

Additionally, the court notes that Plaintiff was granted an extension of thirty (30) days (until August 23, 2006) in which to submit the initial partial filing fee of $51.95 (*see* Doc. 14).

Accordingly, it is **ORDERED**:

1.    Plaintiff's "Financial Certificate" (Doc. 16), construed as a motion to reconsider, is **DENIED**.

2.	Plaintiff shall have until **AUGUST 23, 2006** to pay the $51.95 partial filing fee imposed by the court on May 23, 2006 (*see* Doc. 5).

3.	Failure to comply with this order may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 11th day of August 2006.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**