IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALBERT JEFFERSON,
    Plaintiff,

vs.                                  Case No.: 3:06cv148/MCR/EMT

DEPARTMENT OF CORRECTIONS,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a "Writ for Replevin - Complaint," in which he asserts that Defendant is wrongfully detaining his property (Doc. 1). On May 23, 2006, this court entered an order giving Plaintiff until June 22, 2006 in which to pay the $51.95 partial filing fee (Doc. 5). Plaintiff was later granted two extensions for payment of the partial filing fee (*see* Docs. 14, 17), including an order entered on August 11, 2006, giving Plaintiff until August 23, 2006 in which to pay the $51.95 partial filing fee (Doc. 17). Plaintiff failed to respond to the order; therefore, on August 30, 2006, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 18). The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 27th day of September 2006.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).